**Opinion issued July 9, 2026**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-26-00041-CV

—————————————

**DONNIE BEASLEY, JR., Appellant**

**V.**

**SAM CRAVEN, Appellee**

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1260342**

---

## MEMORANDUM OPINION

Appellant Donnie Beasley, Jr. has not filed a brief. On March 23, 2026, the Court issued a notice that the appeal might be dismissed unless appellant filed a brief or a motion for extension within 10 days of the date of the notice. Appellant filed a motion for extension, which was granted until May 18, 2026. The Court issued

another notice on May 28, 2026 that the appeal might be dismissed within 10 days of the date of the notice.  Appellant did not respond to this notice.

Accordingly, we dismiss the appeal for want of prosecution.  *See* TEX. R. APP. P. 42.3.  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Morgan.